IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KERSIE MICHELLE RAMIRE PEASE,<br><br>　　　　　Defendant. | MJ-21-04-GF-JTJ-01<br><br>Order |

　　　　Defendant Kersie Michelle Ramire Pease appeared before the Court on January 21, 2021, for an initial appearance to answer the Petition on Supervised Release filed in the United States District Court for the District of Idaho, CR-20-91. (Doc. 1-2). The United States District Court for the Western District of Texas originally sentenced Defendant to five months custody and three years of supervised release and entered Judgment on January 11, 2018. Defendant was released from custody and her supervision term began on June 27, 2019. Jurisdiction over Defendant's case was later transferred from the Western District of Texas to the District of Idaho. The terms of the Western District of Texas Court's Judgment imposed mandatory, special, and standard conditions of

supervision that apply to Defendant's supervised release in the District of Idaho. (Doc. 1-2).

Defendant's probation officer in the District of Idaho filed a Petition on Supervised Release on December 29, 2020, asserting that Defendant had violated the terms and conditions of her supervision. (Doc. 1-2). The District of Idaho issued a warrant for Defendant's arrest, requiring Defendant to be arrested and brought before the nearest Magistrate Judge to respond to the allegations that Defendant had violated the terms of her supervised release. (Doc. 1-1). Defendant was arrested by the Anaconda Police Department in Anaconda, Montana, on January 14, 2021. (Doc. 1-1).

At Defendant's initial appearance before this Court, the Court learned that Defendant has a hearing before the Idaho District Court on January 28, 2021. Defendant asked the Court to release Defendant from custody in Montana and allow her to return to Idaho for the January 28 hearing. The Court has determined that Defendant shall be released from Montana custody, on the condition that she report to the Helena, Montana, Probation Office by 10:00 a.m. on January 22, 2021, to work out the terms of her supervised release and upcoming hearing with Defendant's Idaho probation officer. The mandatory, special, and standard conditions of the Judgment of the Western District of Texas remain in effect. (Doc. 1).

Accordingly, **IT IS ORDERED** that Defendant Kersie Michelle Ramire Pease is released subject to the conditions stated in the Judgment in a Criminal Case by the United States District Court for the Western District of Texas, CR-17-02090-PRM(2). Defendant shall report to the Helena, Montana Probation Office by 10:00 a.m. on January 22, 2021.

Dated this 21st day of January, 2021.

_____
Brian Morris, Chief District Judge
United States District Court